Ryan T. Chuman (State Bar No. 300695)
rchuman@blackstonepc.com
Arnel O. Tan (State Bar No. 272428)
atan@blackstonepc.com
**BLACKSTONE LAW, APC**
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Telephone: (310) 622-4278 / Facsimile: (855) 786-6356

*Attorneys for* Plaintiff MATTHEW PACLEB

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW PACLEB, individually, and on behalf of other similarly situated employees,<br><br>Plaintiff,<br><br>vs.<br><br>SALT & STRAW, LLC; SALT & STRAW INC.; SALT & STRAW HOLDINGS, LLC; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 4:26-cv-10418-HSG<br><br>**JOINT STIPULATION AND ORDER TO ADVANCE HEARING ON PLAINTIFF'S MOTION TO REMAND**<br><br>**Judge:** Hon. Haywood S. Gilliam, Jr.<br>**Courtroom:** 2, Oakland<br><br>Removal Filed: September 14, 2026<br>Complaint: February 17, 2026<br>Trial Date: None Set |

## JOINT STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Matthew Pacleb ("Plaintiff") and Defendants Salt & Straw, LLC, Salt & Straw Inc., and Salt & Straw Holdings, LLC ("Defendants") (together, the "Parties"), by and through their respective counsel of record, stipulate as follows:

**WHEREAS**, on February 17, 2026, Plaintiff filed this putative class action in the Superior Court of California for the County of San Mateo, and on September 14, 2026, Defendants removed the consolidated action to this Court (Dkt. 1);

**WHEREAS**, Defendants have filed a motion to compel arbitration, strike, and stay (Dkt. 17) and a motion to dismiss under Federal Rule of Civil Procedure 12 (Dkt. 18) (together, "Defendants' Motions"), both of which are set for hearing on December 17, 2026, at 2:00 p.m.;

**WHEREAS**, on October 5, 2026, Plaintiff filed a Motion to Remand Pursuant to 28 U.S.C. § 1447 (the "Motion to Remand"), which Plaintiff noticed for hearing on January 7, 2027, at 2:00 p.m., the earliest available hearing date on the Court's calendar at the time of filing;

**WHEREAS**, the Motion to Remand challenges the Court's subject matter jurisdiction, and the Parties agree that it should be heard on December 17, 2026, before Defendants' Motions;

**WHEREAS**, a December 17, 2026 hearing date is more than 35 days after the Motion to Remand was filed, consistent with Civil Local Rule 7-2(a), and advancing the hearing will not change the briefing deadlines set by Civil Local Rule 7-3, which run from the date the Motion to Remand was filed;

**WHEREAS**, the Parties have not previously requested any time modifications in this action since removal, and the requested change will not affect any other date in the case schedule;

**WHEREAS**, this stipulation concerns only the scheduling and sequence of the hearings, and nothing in it waives or limits any Party's claims, defenses, arguments, or positions on the merits of the Motion to Remand or Defendants' Motions;

**NOW**, **THEREFORE**, the Parties stipulate and respectfully request that the Court order as follows:

1. The hearing on Plaintiff's Motion to Remand is advanced from January 7, 2027 to December 17, 2026, at 2:00 p.m.

2. Defendants' Motions shall remain set for hearing on December 17, 2026, at 2:00 p.m.

3. The Motion to Remand shall be heard first, before Defendants' Motions.

4. Briefing on the Motion to Remand shall proceed in accordance with Civil Local Rule 7-3.

5. Nothing in this stipulation waives or limits any Party's claims, defenses, arguments, or positions on the merits of any motion.

IT IS SO STIPULATED.

Dated: October 5, 2026

BLACKSTONE LAW, APC

By: ______________________
Ryan T. Chuman
Arnel O. Tan
Attorneys for Plaintiff Matthew Pacleb

Dated: October 5, 2026

GREENBERG TRAURIG, LLP

By: /s/ Mark D. Kemple
Mark D. Kemple
Jonathan A. Schaub
Libby Morehouse
Attorneys for Defendants Salt & Straw, LLC, Salt & Straw Inc., and Salt & Straw Holdings, LLC

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: October 5, 2026

By: ____________________
Ryan T. Chuman

**ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's Motion to Remand Pursuant to 28 U.S.C. § 1447 is ADVANCED from January 7, 2027 to December 17, 2026, at 2:00 p.m.

2. Defendants' motion to compel arbitration, strike, and stay and Defendants' motion to dismiss under Federal Rule of Civil Procedure 12 shall remain set for hearing on December 17, 2026, at 2:00 p.m.

3. The Motion to Remand shall be heard first, before Defendants' motions.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/6/2026




HON [illegible] JR.
Unite[illegible]