Mark D. Kemple (SBN 145219)
*kemplem@gtlaw.com*
Jonathan A. Schaub (SBN 298892)
*Jonathan.Schaub@gtlaw.com*
Elizabeth A. Morehouse (SBN 357011)
*Libby.Morehouse@gtlaw.com*
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700

Attorneys for Defendants Salt & Straw, LLC; Salt & Straw Inc., and Salt & Straw Holdings, LLC

Ryan T. Chuman (State Bar No. 300695)
rchuman@blackstonepc.com
Arnel O. Tan (State Bar No. 272428)
atan@blackstonepc.com
**BLACKSTONE LAW, APC**
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Telephone: (310) 622-4278 / Facsimile: (855) 786-6356

Attorneys for Plaintiff
Matthew Pacleb

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW PACLEB, individually, and on behalf of other similarly situated employees,<br><br>Plaintiff,<br><br>v.<br><br>SALT & STRAW, LLC; SALT & STRAW INC.; SALT & STRAW HOLDINGS, LLC; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:26-cv-10418-HSG<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO REMAND [DKT. 20]; ORDER**<br><br>Removal Filed: September 16, 2026<br>State Action Filed: February 17, 2026 |

# JOINT STIPULATION

Pursuant to Civil L.R. 6-2, Plaintiff Matthew Pacleb ("Plaintiff") and Defendants Salt & Straw, LLC, Salt & Straw Inc., and Salt & Straw Holdings, LLC ("Defendants") (together, the "Parties"), by and through their respective counsel of record, stipulate to extend Defendants' deadline to oppose Plaintiff's Motion to Remand [Dkt. 20] by one week as follows:

**WHEREAS,** on September 14, 2026, Defendants removed this action to this Court from the Superior Court of California for the County of San Mateo [Dkt. 1, 3];

**WHEREAS,** on September 21, 2026, Defendants filed a Motion to Compel Arbitration [Dkt. 8] and Motion to Dismiss [Dkt. 9];

**WHEREAS,** on October 5, 2026, Plaintiff filed Oppositions to both the Motion to Compel Arbitration [Dkt. 23] and Motion to Dismiss [Dkt. 22];

**WHEREAS**, also on October 5, 2026, Plaintiff filed a Motion to Remand this matter [Dkt. 20], despite having until at least October 14, 2026 to do so;

**WHEREAS,** Defendants' Reply briefs supporting their Motion to Compel Arbitration and Motion to Dismiss are due on or before October 13, 2026;

**WHEREAS,** Defendants' current deadline to file their Opposition to Plaintiff's Motion to Remand is October 19, 2026;

**WHEREAS,** on October 6, 2026, the Court set the hearings for Defendants' Motion to Compel Arbitration and Motion to Dismiss and Plaintiff's Motion to Remand for the same date, January 7, 2027 [Dkt. 25];

**WHEREAS,** between October 6, 2026 and October 8, 2026, the Parties met and conferred regarding a potential extension of the deadline for Defendants to oppose Plaintiff's Motion to Remand Defendants' Opposition in light of Defendants' October 13, 2026 Reply filing deadlines and the travel schedule of Defendants' lead counsel; and stipulate to extend Defendants' time to file the Opposition by one week, up to and including October 26, 2026; and

**WHEREAS,** in light of the fact that the hearing date on Plaintiff's Motion to Remand is not set until January 7, 2027, the Parties agree that there would be no prejudice to either party or the Court in extending Defendants' opposition deadline by one week;

**NOW, THEREFORE,** it is hereby stipulated and agreed by and between the Parties, subject to the Court's approval, that:

1. Defendants' time to file and serve their Opposition should be extended by one week up to and including October 26, 2026; and
2. Plaintiff's Reply deadline should be extended to November 2, 2026.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: October 9, 2026

GREENBERG TRAURIG, LLP

By *_/s/ Mark D. Kemple_*
Mark D. Kemple

Attorneys for Defendants
Salt & Straw, LLC; Salt & Straw Inc., and Salt & Straw Holdings, LLC

Dated: October 9, 2026

BLACKSTONE LAW, APC

By *_/s/Ryan Chuman_*
Ryan T. Chuman
Arnel O. Tan

Attorneys for Plaintiff
Matthew Pacleb

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Dated: October 9, 2026

GREENBERG TRAURIG, LLP

By *\/s/ Mark D. Kemple*
Mark D. Kemple

Attorneys for Defendants
Salt & Straw, LLC; Salt & Straw Inc., and Salt & Straw Holdings, LLC

**DECLARATION OF MARK KEMPLE**

I, Mark Kemple, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California. I am a shareholder at the law firm of Greenberg Traurig, LLP, and counsel of record for Defendants Salt & Straw, LLC, Salt & Straw Inc., and Salt & Straw Holdings, LLC (together, "Defendants") in this action. Except as otherwise noted, I make this declaration based on my personal knowledge and, if called by a court of law, could and would completely testify to the facts set forth herein.

2. On September 14, 2026, Defendants removed this action from the Superior Court of California for the County of San Mateo. [Dkt. 1, 3.]

3. On September 21, 2026, Defendants filed the Motion to Compel Arbitration [Dkt. 8] and Motion to Dismiss [Dkt. 9]. On October 5, 2026, Plaintiff filed his Opposition to Defendants' Motion to Compel Arbitration [Dkt. 23] and Opposition to Defendants' Motion to Dismiss [Dkt. 22]. Defendants' Reply briefs in support of their Motion to Compel Arbitration and Motion to Dismiss are due on or before October 13, 2026.

4. Also on October 5, 2026, Plaintiff filed his Motion to Remand [Dkt. 20], despite having until at least October 14, 2026 to do so.

5. I will be out of town and on vacation for five of the fourteen days between October 5th (date Plaintiff filed the Motion to Remand) and October 19th (Defendants' current deadline to oppose), and will also be focused during that time on Defendants' Replies in support of the Motion to Compel Arbitration and Motion to Dismiss. As Defendants' lead counsel, my involvement and availability is crucial to representation of Defendants in this matter.

6. On October 6, 2026, immediately after receiving Plaintiff's Motion to Remand, I emailed Plaintiff's counsel explaining the timing consideration above, including my travel, and requested that Plaintiff stipulate to a one-week extension of Defendants' deadline to file an opposition to the Motion to Remand. After meeting and conferring, on October 8, 2026, the parties reached agreement to stipulate to extend Defendants' opposition date one week,

up to and including October 26, 2026.

7. The Parties previously stipulated to have Plaintiff's Motion to Remand heard before Defendants' Motion to Compel Arbitration and Motion to Dismiss. The Court so ordered, rescheduling the hearing on Defendants' Motion to Compel Arbitration and Motion to Dismiss from December 17, 2026 to January 7, 2027 [Dkt. 25], following the hearing on Plaintiff's Motion to Remand on the same date.

8. Since the hearing on the Motion to Remand is not set until January 7, 2027, I do not believe the requested one-week extension will have any impact on the schedule for the case. Defendants' Opposition would be due October 26, 2026, and Plaintiff's Reply would be due November 2, 2026.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on this 9th day of October, 2026, in Los Angeles, California.

*/s/ Mark D. Kemple*
Mark D. Kemple

**ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants Salt & Straw, LLC's, Salt & Straw Inc.'s, and Salt & Straw Holdings, LLC's deadline to file an Opposition to Plaintiff's Motion to Remand [Dkt. 20] is extended by one week up to and including October 26, 2026; and
2. Plaintiff's Reply in support of the Motion to Remand is due one week thereafter, on or before November 2, 2026.

**IT IS SO ORDERED.**

Dated: 10/13/2026

Haywood S. Gilliam, Jr.
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge